Eric SIMMONS, Plaintiff–Appellant,

v.

HULL, Superintendent; Basserack, Correctional Officer, Defendants–Appellees.

No. 12–6163.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Eric Simmons, Appellant Pro Se.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Simmons appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simmons v. Hull*, No. 1:12–cv–00035–AJT–TCB (E.D.Va. Jan. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*